NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ASCARY RODRIGUEZ,                         )
                                          )
      Appellant,                          )
                                          )
v.                                        )    Case No. 2D18-4774
                                          )
STATE OF FLORIDA,                         )
                                          )
      Appellee.                           )
_____)

Opinion filed July 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

Ascary Rodriguez, pro se.


PER CURIAM.

      Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); Betancourt v. State, 804 So. 2d 313 (Fla. 2001); State v. King, 426 So. 2d 12 (Fla. 1982); Rodriguez v. State, 221 So. 3d 622 (Fla. 2d DCA 2016) (table decision); Kirby v. State, 198 So. 3d 15 (Fla. 2d DCA 2015); McDonald v. State, 133 So. 3d 530 (Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Franke v. State, 997 So. 2d 424 (Fla. 2d DCA 2008); Valdez-Garcia v. State, 965 So. 2d 318 (Fla. 2d DCA 2007); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd v. State, 477 So. 2d 52

(Fla. 2d DCA 1985); Key v. State, 254 So. 3d 1000 (Fla. 4th DCA 2018); Sims v. State, 141 So. 3d 613 (Fla. 4th DCA 2014); Harris v. State, 789 So. 2d 1114 (Fla. 1st DCA 2001).

KHOUZAM, C.J., and SLEET and BADALAMENTI, JJ., Concur.